DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

LCG MERCHANT PARTNERS, LLC,

Appellant,

V.

DAVID L. SCHAEFERS,

Appellee.

NO. 2D23-1140

————————————————

January 3, 2024

Appeal from the Circuit Court for Hillsborough County; Anne-Leigh Moe, Judge.

Robert A. Stines of Smith Gambrell Russell, LLP, Tampa, for Appellant.

David A. Hayes and Shane B. Vogt of Turkel Cuva Barrios, P.A., Tampa, for Appellee.

PER CURIAM.

Affirmed.

SILBERMAN, LaROSE, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.